# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

145990 & (69)(73)(74)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JASON ALAN BROWN,
        Defendant-Appellant.

SC: 145990
COA: 305153
Ingham CC: 10-000631-FC

_____/

On order of the Court, the motions for permission to file a pro per supplemental application and to file a pro per supplemental authority are GRANTED. The application for leave to appeal the August 16, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

Clerk

p0122